**OFFICE OF THE GOVERNOR -EAA-**
**200 E COLFAX AVE RM 136**
**(303) 866-6309**
**DENVER   CO   80203**

| | |
|---|---|
| Check/Advice No | 0818894 |
| Check/Advice Date | 01/13/2023 |
| Period Beginning | 12/17/2022 |
| Period Ending | 12/30/2022 |
| Pay Frequency | Bi-Weekly |

Is your address correct? If not, please update your address in ESS as soon as possible for W2 purposes.

## PAY STUB

ALEXIS SCAYOLA        ID NUMBER  997151580
3201 BRIGHTON BLVD
APT #180
DENVER
CO  80216

| | | | | | | |
|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | ST EMP | CO | LC1  0156 |
| ST1 | S | 0 | 0 | ST TXD | CO | LC2 |
| ST2 | S | 0 | 0 | 2ND ST |  | LC3 |
| | | | | ST RES | CO | LC4 |
| | | | | | | LC5 |

## CURRENT GROSSES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TTL | 3,169.00 | FWT | 2,814.59 | ST | 2,814.59 | SDI | 3,169.00 |
| FUT | 3,169.00 | SUT | 3,162.46 | | | 2ST | 0.00 |
| FCA | 0.00 | MED | 3,163.78 | XCS | 1.32 | LC1 | 3,169.00 |
| LC2 | 0.00 | LC3 | 0.00 | LC4 | 0.00 | LC5 | 0.00 |

## YTD GROSSES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TTL | 3,169.00 | FWT | 2,814.59 | ST | 2,814.59 | FCA | 0.00 |
| FUT | 0.00 | SUT | 3,162.46 | | | 2ST | 0.00 |
| MED | 3,163.78 | | | | | | |

## EARNINGS

| Earnings | Hours | Gross Amount |
|---|---|---|
| REGULAR | 80.00 | 3,169.00 |

## DEDUCTIONS

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| **PRE-TAX DEDUCTIONS** | | | | | |
| PERA RETR EMP | 347.87 | 347.87 | CIGNA HDHP | 2.12 | 2.12 |
| EYEMED VISI | 2.20 | 2.20 | 125 DENTAL | 2.22 | 2.22 |
| **Total Pre-Tax Deductions** | | | | $354.41 | $354.41 |
| **TAXES WITHHOLDING** | | | | | |
| FEDERAL TAX | 300.38 | 300.38 | STATE TAX | 116.00 | 116.00 |
| MEDICARE DED | 45.87 | 45.87 | LOCAL TAX #1 | 5.75 | 5.75 |
| **Total Taxes Withheld** | | | | $468.00 | $468.00 |

| (A) Gross Earnings | 3,169.00 | (B)Total Deductions | $822.41 |
|---|---|---|---|
| Net Pay : (A) Earnings  - ( B) Deductions  = 3,169.00 - $822.41 | | | $2,346.59 |

## Employer Contributions

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| PERA ST CONTRIB | 320.99 | 320.99 | PERA LIABILITY | 42.69 | 42.69 |
| PERA AED | 158.12 | 158.12 | MEDICARE CONT | 45.87 | 45.87 |
| PERA SAED | 158.12 | 158.12 | CIGNA HDHP | 357.25 | 357.25 |
| EYEMED VISI | 1.59 | 1.59 | ST DENTAL CONT | 16.58 | 16.58 |
| STATE LIFE | 4.38 | 4.38 | SHORT TRM DISAB | 4.77 | 4.77 |
| **Total  Employer Contributions** | | | | $1,110.36 | $1,110.36 |

**OFFICE OF THE GOVERNOR -EAA-**
**200 E COLFAX AVE RM 136**
**(303) 866-6309**
**DENVER   CO   80203**

| | |
|---|---|
| Check/Advice No | 0824863 |
| Check/Advice Date | 01/27/2023 |
| Period Beginning | 12/31/2022 |
| Period Ending | 01/13/2023 |
| Pay Frequency | Bi-Weekly |

Is your address correct? If not, please update your address in ESS as soon as possible for W2 purposes.

## PAY STUB

| ALEXIS SCAYOLA | ID NUMBER | 997151580 | FED | S | 0 | 0 | ST EMP | CO | LC1 | 0156 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3201 BRIGHTON BLVD | | | ST1 | S | 0 | 0 | ST TXD | CO | LC2 | |
| APT #180 | | | ST2 | S | 0 | 0 | 2ND ST | | LC3 | |
| DENVER | | | | | | | ST RES | CO | LC4 | |
| CO  80216 | | | | | | | | | LC5 | |

## CURRENT GROSSES

| TTL | 3,346.15 | FWT | 2,972.25 | ST | 2,972.25 | SDI | 3,346.15 |
|---|---|---|---|---|---|---|---|
| FUT | 3,346.15 | SUT | 3,339.61 | | | 2ST | 0.00 |
| FCA | 0.00 | MED | 3,340.93 | XCS | 1.32 | LC1 | 3,346.15 |
| LC2 | 0.00 | LC3 | 0.00 | LC4 | 0.00 | LC5 | 0.00 |

## YTD GROSSES

| TTL | 6,515.15 | FWT | 5,786.84 | ST | 5,786.84 | FCA | 0.00 |
|---|---|---|---|---|---|---|---|
| FUT | 0.00 | SUT | 6,502.07 | | | 2ST | 0.00 |
| MED | 6,504.71 | | | | | | |

## EARNINGS

| Earnings | Hours | Gross Amount |
|---|---|---|
| REGULAR | 80.00 | 3,346.15 |

## DEDUCTIONS

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| **PRE-TAX DEDUCTIONS** | | | | | |
| PERA RETR EMP | 367.36 | 715.23 | CIGNA HDHP | 2.12 | 4.24 |
| EYEMED VISI | 2.20 | 4.40 | 125 DENTAL | 2.22 | 4.44 |
| **Total Pre-Tax Deductions** | | | | $373.90 | $728.31 |
| **TAXES WITHHOLDING** | | | | | |
| FEDERAL TAX | 335.07 | 635.45 | STATE TAX | 123.00 | 239.00 |
| MEDICARE DED | 48.45 | 94.32 | LOCAL TAX #1 | 0.00 | 5.75 |
| **Total Taxes Withheld** | | | | $506.52 | $974.52 |

| (A) Gross Earnings | 3,346.15 | (B)Total  Deductions | $880.42 |
|---|---|---|---|
| Net Pay : (A) Earnings  - ( B) Deductions  = 3,346.15 - $880.42 | | | $2,465.73 |

## Employer Contributions

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| PERA ST CONTRIB | 338.97 | 659.96 | PERA LIABILITY | 47.42 | 90.11 |
| PERA AED | 166.98 | 325.10 | MEDICARE CONT | 48.45 | 94.32 |
| PERA SAED | 166.98 | 325.10 | CIGNA HDHP | 357.25 | 714.50 |
| EYEMED VISI | 1.59 | 3.18 | ST DENTAL CONT | 16.58 | 33.16 |
| STATE LIFE | 4.38 | 8.76 | SHORT TRM DISAB | 5.04 | 9.81 |
| **Total  Employer Contributions** | | | | $1,153.64 | $2,264.00 |

| | |
|---|---|
| OFFICE OF THE GOVERNOR -EAA-<br>200 E COLFAX AVE RM 136<br>(303) 866-6309<br>DENVER   CO   80203 | Check/Advice No      0858441<br>Check/Advice Date    02/10/2023<br>Period Beginning     01/14/2023<br>Period Ending        01/27/2023<br>Pay Frequency        Bi-Weekly |

Is your address correct? If not, please update your address in ESS as soon as possible for W2 purposes.

## PAY STUB

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ALEXIS SCAYOLA | ID NUMBER 997151580 | FED | S | 0 | 0 | ST EMP | CO | LC1 | 0156 |
| 3201 BRIGHTON BLVD | | ST1 | S | 0 | 0 | ST TXD | CO | LC2 | |
| APT #180 | | ST2 | S | 0 | 0 | 2ND ST | | LC3 | |
| DENVER | | | | | | ST RES | CO | LC4 | |
| CO  80216 | | | | | | | | LC5 | |

### CURRENT GROSSES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TTL | 3,346.15 | FWT | 2,972.25 | ST | 2,972.25 | SDI | 3,346.15 |
| FUT | 3,346.15 | SUT | 3,339.61 | | | 2ST | 0.00 |
| FCA | 0.00 | MED | 3,340.93 | XCS | 1.32 | LC1 | 3,346.15 |
| LC2 | 0.00 | LC3 | 0.00 | LC4 | 0.00 | LC5 | 0.00 |

### YTD GROSSES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TTL | 9,861.30 | FWT | 8,759.09 | ST | 8,759.09 | FCA | 0.00 |
| FUT | 0.00 | SUT | 9,841.68 | | | 2ST | 0.00 |
| MED | 9,845.64 | | | | | | |

### EARNINGS

| Earnings | Hours | Gross Amount |
|---|---|---|
| REGULAR | 80.00 | 3,346.15 |

### DEDUCTIONS

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| **PRE-TAX DEDUCTIONS** | | | | | |
| PERA RETR EMP | 367.36 | 1,082.59 | CIGNA HDHP | 2.12 | 6.36 |
| EYEMED VISI | 2.20 | 6.60 | 125 DENTAL | 2.22 | 6.66 |
| Total Pre-Tax Deductions | | | | $373.90 | $1,102.21 |
| **TAXES WITHHOLDING** | | | | | |
| FEDERAL TAX | 335.07 | 970.52 | STATE TAX | 123.00 | 362.00 |
| MEDICARE DED | 48.44 | 142.76 | LOCAL TAX #1 | 5.75 | 11.50 |
| Total Taxes Withheld | | | | $512.26 | $1,486.78 |

| (A) Gross Earnings | 3,346.15 | (B)Total  Deductions | $886.16 |
|---|---|---|---|
| Net Pay : (A) Earnings  - ( B) Deductions  = 3,346.15 - $886.16 | | | $2,459.99 |

### Employer Contributions

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| PERA ST CONTRIB | 338.97 | 998.93 | PERA LIABILITY | 47.42 | 137.53 |
| PERA AED | 166.98 | 492.08 | MEDICARE CONT | 48.44 | 142.76 |
| PERA SAED | 166.98 | 492.08 | CIGNA HDHP | 357.25 | 1,071.75 |
| EYEMED VISI | 1.59 | 4.77 | ST DENTAL CONT | 16.58 | 49.74 |
| STATE LIFE | 4.38 | 13.14 | SHORT TRM DISAB | 5.04 | 14.85 |
| Total  Employer Contributions | | | | $1,153.63 | $3,417.63 |

| OFFICE OF THE GOVERNOR -EAA- | Check/Advice No | 0864937 |
|---|---|---|
| 200 E COLFAX AVE RM 136 | Check/Advice Date | 02/24/2023 |
| (303) 866-6309 | Period Beginning | 01/28/2023 |
| DENVER   CO   80203 | Period Ending | 02/10/2023 |
| | Pay Frequency | Bi-Weekly |

Is your address correct? If not, please update your address in ESS as soon as possible for W2 purposes.

## PAY STUB

| ALEXIS SCAYOLA | ID NUMBER | 997151580 | FED | S | 0 | 0 | ST EMP | CO | LC1 | 0156 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3201 BRIGHTON BLVD | | | ST1 | S | 0 | 0 | ST TXD | CO | LC2 | |
| APT #180 | | | ST2 | S | 0 | 0 | 2ND ST | | LC3 | |
| DENVER | | | | | | | ST RES | CO | LC4 | |
| CO  80216 | | | | | | | | | LC5 | |

## CURRENT GROSSES

| TTL | 3,346.15 | FWT | 2,972.25 | ST | | 2,972.25 | SDI | 3,346.15 |
|---|---|---|---|---|---|---|---|---|
| FUT | 3,346.15 | SUT | 3,339.61 | | | | 2ST | 0.00 |
| FCA | 0.00 | MED | 3,340.93 | XCS | | 1.32 | LC1 | 3,346.15 |
| LC2 | 0.00 | LC3 | 0.00 | LC4 | | 0.00 | LC5 | 0.00 |

## YTD GROSSES

| TTL | 13,207.45 | FWT | 11,731.34 | ST | 11,731.34 | FCA | 0.00 |
|---|---|---|---|---|---|---|---|
| FUT | 0.00 | SUT | 13,181.29 | | | 2ST | 0.00 |
| MED | 13,186.57 | | | | | | |

## EARNINGS

| Earnings | Hours | Gross Amount |
|---|---|---|
| REGULAR | 80.00 | 3,346.15 |

## DEDUCTIONS

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| **PRE-TAX DEDUCTIONS** | | | | | |
| PERA RETR EMP | 367.36 | 1,449.95 | CIGNA HDHP | 2.12 | 8.48 |
| EYEMED VISI | 2.20 | 8.80 | 125 DENTAL | 2.22 | 8.88 |
| Total Pre-Tax Deductions | | | | $373.90 | $1,476.11 |
| **TAXES WITHHOLDING** | | | | | |
| FEDERAL TAX | 335.07 | 1,305.59 | STATE TAX | 123.00 | 485.00 |
| MEDICARE DED | 48.45 | 191.21 | LOCAL TAX #1 | 0.00 | 11.50 |
| Total Taxes Withheld | | | | $506.52 | $1,993.30 |

| (A) Gross Earnings | 3,346.15 | (B)Total Deductions | $880.42 |
|---|---|---|---|
| Net Pay : (A) Earnings - ( B) Deductions = 3,346.15 - $880.42 | | | $2,465.73 |

## Employer Contributions

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| PERA ST CONTRIB | 338.97 | 1,337.90 | PERA LIABILITY | 47.42 | 184.95 |
| PERA AED | 166.98 | 659.06 | MEDICARE CONT | 48.45 | 191.21 |
| PERA SAED | 166.98 | 659.06 | CIGNA HDHP | 357.25 | 1,429.00 |
| EYEMED VISI | 1.59 | 6.36 | ST DENTAL CONT | 16.58 | 66.32 |
| STATE LIFE | 4.38 | 17.52 | SHORT TRM DISAB | 5.04 | 19.89 |
| Total Employer Contributions | | | | $1,153.64 | $4,571.27 |